**DAVID A. ELDEN**
Bar # 46684
11377 West Olympic Blvd
Tenth Floor
Los Angeles, CA 90064

(310) 478-3100

Attorney for Defendant
BOUNSONE SURIJAVONG

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOUNSONE SURIJAVONG, et. al.,<br><br>Defendants. | CASE NO: 01:08-CR-217-LJO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Current Date: April 24, 2009<br>Proposed Date: May 15, 2009 |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED, that defendants HONG NGUYEN's and BOUNSONE SURIJAVONG's sentencing date is continued from April 24, 2009 to May 15, 2009, at 10:00 AM.


IT IS SO ORDERED.

DATED: April 22, 2009   /s/ Lawrence J. O'Neill_____
                       THE HONORABLE LAWRENCE J. O'NEILL
                       United States District Judge