LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-0217 LJO |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| HOANG NGUYEN and BOUNSONE SURIJAVONG, | ) | |
| Defendants. | ) | |

Having read and considered the parties' stipulation to continue the current sentencing date of May 15, 2009, to July 6, 2009, in this matter, and good cause existing,

The current sentencing date is hereby continued to July 17, 2009, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   May 13, 2009**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1