```
LAW OFFICES OF JAMES E. BLATT
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: 818/986-4180
Facsimile: 818/990-4839

James E. Blatt, Esq.  (SBN 56571)
email: j.blatt@jamesblatt.com
Michael G. Raab, Esq. (SBN 176112)
email: m.raab@jamesblatt.com

Attorneys for Defendant,
HONG NGUYEN
```

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 01:08-CR-217-LJO |
| Plaintiff, | ) ORDER TO CONTINUE SENTENCING |
| v. | ) |
| HONG NGUYEN, and BOUNSONE SURIJAVONG, | ) Current Date: July 17, 2009 |
| Defendant. | ) Proposed Date: July 31, 2009 |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED, that defendants Nguyen's and Surijavong's sentencing date is continued from July 17, 2009, to July 31, 2009, at 10:00 AM.

IT IS SO ORDERED.

Dated:   July 14, 2009              /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE